UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA    )
                               )
           vs.                )         No.  3:09-CR-00027(02) RM
                               )
JERMAINE SMITH           )

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 29, 2009 [document # 28]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Jermaine Smith's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  June 17, 2009

    /s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana